UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| **In re:** | Chapter 7 |
| FORTUNOFF HOLDINGS, LLC and | Case No. 09-10497 (RDD) |
| FORTUNOFF CARD COMPANY, LLC, | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------------x
IAN J. GAZES AS CHAPTER 7 TRUSTEE
OF THE ESTATE OF
FORTUNOFF HOLDINGS, LLC, and
FORTUNOFF CARD COMPANY, LLC,

                    Plaintiff,

v.

| **Defendants** | **Adv. Pro. Nos.** |
|---|---|
| ESTEX DYNAMITE DECORATORS, INC. | 10-03677 |
| CASSONE LEASING, INC. | 10-03394 |
| CASUAL FURNITURE SERVICES | 10-04120 |

--------------------------------------------------------x

## ORDER APPROVING SETTLEMENT OF VARIOUS PREFERENCE ACTIONS

Upon the motion, by notice of presentment, dated January 7, 2016 (the "Motion"),[1] of Ian J. Gazes (the "Trustee"), trustee in the Chapter 7 cases of Fortunoff Holdings LLC and Fortunoff Card Company, LLC (collectively the "Debtors"), for entry of an order approving the Settlement Agreements annexed to the Motion as Exhibits "B" though "D" which Settlement Agreements resolve various Preference Actions; and it appearing that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York; and it appearing that consideration of the Motion is a core proceeding under 28 U.S.C. §§ 157(b)(2)(B)

---

[1] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the Motion dated January 7, 2016.

and (F); and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and no additional notice or hearing being required; and it appearing that the relief requested in the Motion is fair and equitable and in the best interests of the Debtors' estates, its creditors, and other parties in interest; and due deliberation having been had thereon and sufficient cause appearing therefor, it is hereby

**ORDERED**, the Motion is granted; and it is further

**ORDERED**, that the Trustee's entry into and performance of each of the Settlement Agreements is approved; and it is further

**ORDERED**, that this Order is deemed to be a separate order with respect to the approval of each Settlement Agreement; and it is further

**ORDERED**, that this Court shall retain jurisdiction to determine any matter arising from or related to the interpretation, implementation, or enforcement of the Settlement Agreement.

**ORDERED**, that, upon performance of the relevant Settlement Agreement, the Trustee shall submit an order dismissing the underlying adversary proceeding.

Dated: White Plains, New York
       February 19, 2016

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE